2020R00107/RF

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 21-585 |
| KEITH RICHTER, a/k/a "Conan" | : | 18 U.S.C. § 922(g)(1) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey charges:

### COUNT ONE
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about February 21, 2021, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

### KEITH RICHTER
### a/k/a "Conan,"

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, one Ruger P345 .45 caliber handgun, bearing serial number 664-28083, loaded with at least one round of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

As a result of committing the firearms offense in violation of 18 U.S.C. § 922(g)(1), as charged in this Information, the defendant,

**KEITH RICHTER,**
**a/k/a "Conan,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to, the following: one Ruger P345 .45 caliber handgun, bearing serial number 664-28083 and one round of .45 caliber ammunition.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

*[signature]*
RACHAEL A. HONIG
Acting United States Attorney