**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**
**VIA VIDEO/TELEPHONE CONFERENCE**

**OFFICE:** NEWARK                                              **DATE:** July 28, 2021
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**                                              **DOCKET # 2:21-cr-585 (KM)**
UNITED STATES OF AMERICA
    vs.
KEITH RICHTER
    **DEFT. PRESENT**

**APPEARANCES:**

Samantha C. Fasanello, AUSA for the Government
James R. Froccaro, Jr., Esq. for Defendant
Observers viewing.

**Nature of Proceedings**: PLEA HEARING ON INFORMATION

Defendant consents to proceed via video/telephone conference.
Defendant consents to electronic signature on the record.
Defendant advised of rights.
Ordered defendant sworn; defendant affirmed.
PLEA:  GUILTY to Count 1 of Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered guilty plea conditionally accepted.
Waiver of Indictment, Rule 11 form and Plea Agreement submitted for filing.
Ordered sentencing date set for December 3, 2021 at 10:00 AM
Ordered defendant remanded.

**Time Commenced: 12:30**
**Time Adjourned:   1:15**
**Total Time: 45 Minutes**

                                                                                          _Nitza Creegan_
                                                                                       DEPUTY CLERK