<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>
<u>VIA TELEPHONE/VIDEO CONFERENCE</u>

**OFFICE:** NEWARK                                                        **DATE:** October 14, 2021
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**                                                        **DOCKET #** 2:21-cr-585 (KM)
UNITED STATES OF AMERICA
          vs.
KEITH RICHTER
          **DEFT. PRESENT**

**APPEARANCES:**

Samantha C. Fasanello, AUSA and Robert Frazer, AUSA for the Government
James R. Froccaro, Jr., Esq. for Defendant
Rebekah Dawson U.S. Probation Officer
Observers: Peadar McMahon and Briana Townsend

**Nature of Proceedings**:   SENTENCING on Count 1 of Information

Defendant consents to proceed via telephone/video conference.
Defendant consents to electronic signature on the record.
The Court accepts the plea agreement.
Sentence: Imprisonment for a term of 33 months.
Supervised Release – 3 years with special conditions
Restitution: n/a
Fine: waived.
Special Assessment - $100.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshals pending designation by the Bureau of Prisons for service of this sentence.
The Court recommends that the Bureau of Prisons designate FCI Danbury or a facility as near as possible to defendant's home address.
Forfeiture Order to be submitted.

**Time Commenced:**  12:00
**Time Adjourned:**     12:45
**Total Time:**  45 Minutes

                                                                                  _Nitza Creegan_
                                                                                  DEPUTY CLERK